

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:20-mj-23 |
| v. | 18 U.S.C. § 661<br>Theft of Personal Property<br>(Count 1) |
| SHANDAJA PYER, | |
| *Defendant.* | Forfeiture Allegation |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, SHANDAJA PYER, was employed by the Army Airforce Exchange Service ("AAFES") as a cashier at the Main Exchange on Fort Lee Army Base, located within the Eastern District of Virginia.

2. Fort Lee is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

### COUNT ONE
(Theft of Personal Property)

On or about September 20, 2018, in the Eastern District of Virginia at Fort Lee Army Base, property administered by the Department of Defense, being within the jurisdiction of this Court and within the special territorial jurisdiction of the United States, the defendant, SHANDAJA PYER, did take and carry away, with intent to steal and purloin, personal property of another of a value of less than $1,000, to wit: PYER stole credit card numbers to make a series of fraudulent purchases.

(In violation of Title 18, United States Code, Section 661).

                                              G. ZACHARY TERWILLIGER
                                              UNITED STATES ATTORNEY

By: _____
       Kenneth R. Simon, Jr.
       Assistant United States Attorney